# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

DONNA F. VENEY,             )
                                      )
                                      )
                Plaintiff,        )
                                      )
v.                                    )        Case No. CIV-08-04-JHP-SPS
                                      )
MICHAEL J. ASTRUE,         )
COMMISSIONER OF THE SOCIAL   )
SECURITY ADMINISTRATION,     )
                                      )
                                      )
                Defendant.     )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 8, 2011, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's Application for Award of Attorney's Fees pursuant to 42 U.S.C. §406(b). The Magistrate Judge recommended that Plaintiff's Application be granted and that the Government be ordered to pay Plaintiff's attorney's fees in the amount of $17,148.70. The defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on July 8, 2011, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 19th day of October, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma